IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH LEROY WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-PT-2866-E |
| JUDGE JAMES H. HARD, IV, LOUIS JORDAN, and J. SCOTT BOUDREAUX, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 23, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted and for seeking relief from defendants who are immune from suit. The plaintiff filed objections to the report and recommendation on December 10, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of January 2000.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE